TIONER, *v.* THE NEW LIVERPOOL SALT COMPANY. November 15, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Maxwell Evarts* and *Mr. Eugene S. Ives* for petitioner. *Mr. Charles Page, Mr. Edward J. McCutchen* and *Mr. Samuel Knight* for respondent.

---

No. 431. SARAH J. EDDY, PETITIONER, *v.* THE CITY AND COUNTY OF SAN FRANCISCO. November 15, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Julius Kahn* for petitioner. *Mr. A. B. Browne* for respondent.

---

No. 665. DERING COAL COMPANY, PETITIONER, *v.* H. ERNEST HUTTON, ADMINISTRATOR, ETC. November 15, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John G. Thompson* and *Mr. Charles Troup* for petitioner. *Mr. Lincoln B. Smith* for respondent.

---

No. 662. COMMERCIAL MICA COMPANY, PETITIONER, *v.* MICA INSULATOR COMPANY. November 29, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Joseph R. Edson* and *Mr. William R. Rummler* for petitioner. *Mr. William Houston Kenyon* for respondent.

---

No. 671. LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY, PETITIONER, *v.* GEORGE H. McFADDEN ET AL.